**Charles B. YOUNG, Petitioner–Appellant,**

v.

**Colie L. RUSHTON, McCi; Henry McMaster, Attorney General for South Carolina, Respondents–Appellees.**

**No. 07–6957.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 23, 2008.

Charles B. Young, Appellant Pro Se. Donald John Zelenka, South Carolina Attorney General's Office, Columbia, South Carolina, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Young seeks to appeal the district court's order denying his Fed. R.Civ.P. 59(e) motion for reconsideration of the dismissal of his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).

We have independently reviewed the record and conclude that Young has not made the requisite showing. Young's appeal is essentially duplicative of his appeal in No. 06–8049, in which we considered the district court's denial of Young's motion for reconsideration. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*